RICK L. ROSE (5140)
KRISTINE M. LARSEN (9228)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Tel:  (801) 532-1500
Fax:  (801) 532-7543
rrose@rqn.com
klarsen@rqn.com

*Attorneys for Boston Scientific Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT MAKOFF,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, ABC CORPORATIONS 1-5, and JOHN DOES 1-5,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT BOSTON SCIENTIFIC CORPORATION**<br><br><br>Case No. 2:10-CV-00332-DAK<br><br>Judge:  Dale A. Kimball |

The Court having reviewed the Stipulated Motion to Dismiss with Prejudice all claims Against Boston Scientific Corporation, and for good cause shown, does now hereby:

ORDER, ADJUDGE AND DECREE that all claims against Boston Scientific Corporation are dismissed, with prejudice, with each party to bear their own costs and attorneys' fees incurred herein.

DATED this 23rd day of January, 2013.

                BY THE COURT:

                _____
                Honorable Dale A. Kimball